**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____  Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Sikes Concrete, Inc |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 27-0212129 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 11442 Hwy 77  Panama City, FL 32409  *Number, Street, City, State & ZIP Code* | *P.O. Box, Number, Street, City, State & ZIP Code* |
| Bay  County | **Location of principal assets, if different from principal place of business**  *Number, Street, City, State & ZIP Code* |

**5. Debtor's website** (URL)  sikesconcrete.com

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor   Sikes Concrete, Inc _____   Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor  Sikes Concrete, Inc                                   Case number (*if known*)
          *Name*

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 3

Debtor  Sikes Concrete, Inc     Case number (*if known*) _____
        Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   Sikes Concrete, Inc                                    Case number (*if known*)
         Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   August 11, 2023
              MM / DD / YYYY

**X** /s/ Hubert Lamar Sikes, Jr                         Hubert Lamar Sikes, Jr
    Signature of authorized representative of debtor     Printed name

Title   owner/president

**18. Signature of attorney**

**X** /s/ Michael A. Wynn                               Date   August 11, 2023
    Signature of attorney for debtor                           MM / DD / YYYY

Michael A. Wynn 112300
Printed name

Burg Wynn Law Firm
Firm name

4436 Clinton Street
Marianna, FL 32447-0147
Number, Street, City, State & ZIP Code

Contact phone   (850) 526-3520       Email address   michael@wynnlaw-fl.com

112300 FL
Bar number and State

A1 Construction and Flooring, LLC
1502 Santa Anita Drive
Lynn Haven, FL 32444

Barron & Redding, P.A.
P.O Box 2467
Panama City, FL 32402

Couch Aggregates LLC
P.O Box 96473
Charlotte, NC 28296

Acentria, Inc
1418 W 23rd Street
Suite 200
Panama City, FL 32405

BCC Waste Solutions
205 Hatcher Dr
Panama City, FL 32409

Covington Heavy Duty Parts, Inc.
P.O. Drawer 1049
Andalusia, AL 36420

Acme Barricades
9800 Normandy Blvd
Jacksonville, FL 32221

C-Miles Construction Inc
1710 N Palo Alto Ave
Panama City, FL 32409

Daystar Cleaning, Inc.
1814 Beck Avenue
Panama City, FL 32405

AJ Advanced Solutions Corp.
332 NW 61st Terrace
Parkland, FL 33067

Captain Anderson's
5551 N. Lagoon Drive
Panama City, FL 32408

Deep South Crane Rentals
P.O Box 37159
Pensacola, FL 32526

Ally
P. 0. Box 380902
Minneapolis, MN 55438-0902

Certified Laboratories
PO Box 971269
Dallas, TX 75397

Disposal Services LLC
3634 Hwy 231
Panama City, FL 32404

American Arbitration Association
13727 Noel Road Suite 1025
Dallas, TX 75240

Churchwell Pipeline Services
4513 Hwy
Chipley, FL 32428

Dunlap & Shipman
836 Jenks Ave
Panama City, FL 32401

Apex Chemical Inc.
PO Box 65
Ormond Beach, FL 32175

City Electric Supply
10721 South Fork Loop
Panama City, FL 32404

Eastern Diesel & Auto Wrecker S
P. 0. Box 236
Bonifay, FL 32425

Arcosa Aggregates (North Florida Rock
5160 Vermont Rd
Marianna, FL 32448

Colonial Life Premium Processing
PO Box 903
Columbia, SC 29202

Elf Tech Support LLC
4927 Deerwood Ave
Youngstown, FL 32466

ARCpoint Labs of Panama City Florida
913 Harrison Ave
Panama City, FL 32401

Commercial Credit Corporation,
525 N Tryon Street, Suite 1000,
Charlotte, NC 28202

Emerald Coast Material, LLc
1538 Metropolitan Blvd
Tallahassee, FL 32308

Everything & More LLC
PO Box 277
Lynn Haven, FL 32444

Goodyear Enterprises, LLC
P. 0. Box 310808
Enterprise, AL 36331

Jerry Pybus Electric, Inc
1327 N. Tyndall Parkway
Panama City, FL 32404

FDOT -Toll
PO BOX 31241
Tampa, FL 33631

Green Energy Contracting
1305 Highway 90 West
Holt, FL 32564

John Hancock Insurance Company
PO Box 7247
Philadelphia, PA 19170

Ferguson Waterworks FEI-
P.O. Box 100286
Atlanta, GA 30384

Gulf Coast Electric Cooperative, Inc.
PO Box 220
Wewahitchka, FL 32465

Ken Price
c/o Hayward Dykes, Jr, Esq
Hand Arendall Harrison Sale, LLC
111 North County Hwy 393, STE 2
Santa Rosa Beach, FL 32459

Ford Credit
P. 0. Box 650575
Dallas, TX 75265

Gulf Coast Utility Contractors
13938 Hwy 77
Panama City, FL 32409

Kubota
P. 0. Box 0559,
Carol Stream, IL 60132

Fortiline Waterworks
15850 Dallas Pkwy
Dallas, TX 75248

Herc Rentals Inc.
27500 Riverview Center Blvd.
Bonita Springs, FL 34134

Liberty Mutual c/o Marcadis SingeP
5104 S. Westshore Blvd
Tampa, FL 33611

Fox Capital Group
c/o Korn & Kalish LLP
8482 Tamiami Trail North, Ste 302
Naples, FL 34103

Hydra Service, Inc.
P.O. Box 365
Warrior, AL 35180

Martin Marietta Materials
PO Box 925043
Atlanta, GA 31193

GM Financial
P. 0. Box 183593,
Arlington, TX 76096

ICW Group
PO Box 509039
San Diego, CA 92150

MetLife- Group Benefits
P.O. Box 804466
Kansas City, MO 64180

Goforth Williamson, Inc
P.O. Box 2366
Griffin, GA 30224

Interstate Billing Service, Inc.
P. 0. Box 2208
Decatur, AL 35609

Mobilization Funding,
3550 Bushwood Park Sr, Ste 310,
Tampa, FL 33618

Gold Standard Broadcastin ESPN
PO Box 15732
Panama City, FL 32406

J&M Testing Lab., Inc.
1053 Commerce Ave
Chipley, FL 32428

Morris Company
11834 Raccoon Rd
Panama City, FL 32409

| | | |
|---|---|---|
| NavisPro<br>2583 Huntcliff Lane, Suite B<br>Panama City, FL 32405 | Precision Company Inc<br>6101 Johns Rd, Ste 9<br>Tampa, FL 33634 | Southwinds GPS<br>PO Box 310157<br>Enterprise, AL 36331 |
| NexAir<br>P. 0. Box 125<br>Memphis, TN 38101 | ProComm Solutions<br>P.O. Box 1870<br>Panama City, FL 32409 | SRM Materials<br>1000 Hollingshead Circle<br>Murfreesboro, TN 37129 |
| Pace Lawncare LLC<br>640 Helen Ave<br>Panama City, FL 32401 | Rinker Material<br>PO Box 935966<br>Atlanta, GA 31193 | Tampa-Hillsborough Expressway Au<br>PO Box 865460<br>Orlando, FL 32886 |
| Panama Business Machines, Inc<br>505 West 15th St<br>Panama City, FL 32401 | S.E. Dirtworks, LLC<br>3792 Gables Blvd<br>Chipley, FL 32428 | Tarpon Dock Air Conditioning<br>1721 E 11th street<br>Panama City, FL 32409 |
| Panhandle Key & Safe<br>1451 Jenks Avenue<br>Panama City, FL 32401 | SBA EIDL,<br>2 North 20th Street, Suite 320,<br>Birmingham, AL 35203 | TEC - The Eroison Company LLCP<br>PO Box 100100<br>Atlanta, GA 30348 |
| Panhandle Precast of NW FL LLC<br>PO Box 967<br>Freeport, FL 32439 | Shred-It USA<br>28883 Network Place<br>Chicago, IL 60673 | Thompson CAT Thompson TractorC<br>4109 Cato Road<br>Panama City, FL 32404 |
| Parkside Funding Group | Signs 2 Sell<br>6804 Hwy 77<br>Panama City, FL 32409 | Tri State Enterprises LLC<br>1524 Bob Loftin Road<br>Panama City, FL 32405 |
| PG Environmental Florida<br>542 E 5th Ct<br>Panama City, FL 32401 | SLS S&P Financial Services,<br>P. 0. Box 412534<br>Kansas City, MO 64141 | United Rental<br>5856 Mining Terrace<br>Jacksonville, FL 32257 |
| Phoenix Equipment Repair LLC<br>1805 Tennessee Ave<br>Lynn Haven, FL 32444 | Southeastern Surveying & Mapping Corp<br>6500 All American Boulevard<br>Orlando, FL 32810 | Vetted Services<br>PO Box 689<br>Lynn Haven, FL 32444 |

Vox Funding, LLC  
c/o Adam Benowitz  
1395 Brickellave, STE 839  
Miami, FL 33131

Waste Pro - Panama City  
12310 Panama City Beach Pkwy  
Panama City Beach, FL 32407

Wells Fargo Bank, N.A.  
P. 0. Box 77101,  
Minneapolis, MN 55480

Williams Scottsman, Inc  
DBA Mobile Mini  
PO Box 91975  
Chicago, IL 60693

WO Morgan Solutions  
1171 25th LN N  
Saint Petersburg, FL 33713

WPR.INC  
4175 Briarglen Road  
Milton, FL 32583