UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:

SIKES CONCRETE, INC.                              CASE No. 23-50122-KKS
                                                  CHAPTER 11
    Debtor.
_____/

## ORDER GRANTING UNITED STATES TRUSTEE'S
## MOTION TO DISMISS OR CONVERT CASE (DOC. #35)

THIS CASE came on for hearing on October 5, 2023, on the United States Trustee's Motion to Dismiss or Convert Case ("Motion," Doc. #35). For the reasons stated orally and recorded in open court, it is

ORDERED:

1. The United States Trustee's Motion is GRANTED, and Debtor's chapter 11 case is DISMISSED.

2. Any requests for approval of administrative expense claims incurred during the pendency of the case shall be filed within fourteen days of entry of this order.

DONE AND ORDERED on October 6, 2023.

_____
Karen K. Specie
Chief U.S. Bankruptcy Judge

This Order Prepared by: (Modified in Chambers) Jason H. Egan, Esq.
Service by Court per applicable rules